UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RICKY KAMDEM-OUAFFO**,<br><br>Plaintiff,<br><br>v.<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.,** *et. al.*,<br><br>Defendants. | Civil Action No. 22-4174 (ZNQ) (RLS)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion for Sanctions ("Motion", ECF No. 57) filed by Plaintiff Ricky Kamdem-Ouaffo ("Plaintiff"). The Court has carefully considered the parties' submissions, and for the reasons set forth in the accompanying Opinion and for good cause shown,

    **IT IS** on this **2nd** day of **June 2023,**

    **ORDERED** that Plaintiff's Motion (ECF No. 57) is hereby **DENIED.**

                                                          s/ Zahid N. Quraishi
                                                         **ZAHID N. QURAISHI**
                                                         **UNITED STATES DISTRICT JUDGE**